**Opinion issued January 15, 2026.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00738-CV

_____

**HOUSTON FEDERAL CREDIT UNION, Appellant**

**V.**

**JAMAL R. BENNETT AND RECILIA L. NEAL, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1232463**

---

**MEMORANDUM OPINION**

Appellant Houston Federal Credit Union has not timely filed a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief). We notified appellant that we would dismiss the appeal

absent a reasonable explanation for the failure to file a brief. *See id.* Appellant did

not respond as we requested.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.